# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CABLE & WIRELESS USA, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Substantively Consolidated<br><br>Bankruptcy Case No. 03-13711 (RB) |
| Geary-Market Investment Company, Ltd.<br><br>Appellant<br><br>v.<br><br>AlixPartners, LLC<br><br>Appellee | Civil Action No. 05-85 |
| Trustee of the Omega Liquidating Trust<br><br>Cross-Appellant<br><br>v.<br><br>Geary-Market Investment Company, Ltd.<br><br>Cross-Appellee | Civil Action No. 05-86 |

## STIPULATION OF DISMISSAL BETWEEN THE OMEGA LIQUIDATING TRUST AND GEARY-MARKET INVESTMENT CO., LTD

The above-captioned appeal and cross-appeal are hereby withdrawn and dismissed, with prejudice, each party to bear its own costs and expenses.

LEBOEUF, LAMB, GREENE & MACRAE, LLP
Bennett G. Young
Seth W. Wiener
One Embarcadero Center, Suite 400
San Francisco, California 94111
(415) 951-1100

-and-

BALLARD, SPAHR, ANDREWS
& INGERSOLL, LLP

Tobey M. Daluz (No. 3939)
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
(302) 252-4465

Counsel for Geary-Market Investment Company,
Ltd.

WINSTON & STRAWN LLP
Eric E. Sagerman
Rolf S. Woolner
333 South Grand Avenue, 38th Floor
Los Angeles, California 90071
(213) 615-1700

-and-

YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
(302) 571-6600

Co-Counsel for AlixPartners, LLC as
trustee of the Omega Liquidating Trust